# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A. 12-4574

Caption: Roy Langbord et al v. U.S. Dep't of the Treasury et al

| Cost Taxable | AMOUNT REQUESTED | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Docketing Fee $450.00 | 1 | | | | | | $450.00 | |
| Brief | 7 | 320 | $0.10 | $4.00 | $40.00 | 8.875% | $579.22 | |
| Reply Brief | 7 | 35 | $0.10 | $4.00 | $40.00 | 8.875% | $362.01 | |
| Appendix | 4 | 5602 | $0.10 | $4.00 | $40.00 | 8.875% | $2631.29 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | TOTAL | $4022.52 | $ |

Brief Produced by Reproduction: ☐        Brief Produced by Photocopy: ☒
                                                                                In House: ☐
                                                                                Commercial: ☒

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Eric A. Tirschwell_____, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

/s/ Eric A. Tirschwell                                             April 23, 2015
Signature                                                                Date
Attorney for: Roy Langbord, Joan Langbord, David Langbord

**A certificate of service must accompany this form.**

---

**For Court Use Only**

After review, it is ordered that costs will be taxed in the amount of $ _____.

Marcia M. Waldron, Clerk

By: _____
    Deputy Clerk                                             Date: _____



**RECORD PRESS**
Appellate Management Document Solutions

229 West 36th Street, 8th Floor, New York, NY 10018
Phone: (212) 619-4949 ▪ Fax: (917) 677-8887
E-mail: accounting@recordpress.com
Tax I.D.: 13-5654060
E-Z Pay: payments.recordpress.com

# INVOICE 88930
Refer Invoice # with Payment


PAID 05/00/2014

| SOLD TO: | THEORDORE S. HERTZBERG, ESQ.<br>KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, N.Y. 10036-2714 |
|---|---|

| INVOICE DATE |
|---|
| 12/19/2013 |
| CUSTOMER PHONE |
| 212 715-9322 |
| CUSTOMER FAX |
| 212 715-8000 |

| PURCHASE ORDER... | PRINT ORDER No. | Due Date | NET TERMS | ACCT... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
| | | 1/3/2014 | Net 15 | VM | | 34442, 34443 |

## LANGBORD v UNITED STATES

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | For printing and binding copies of the above-referenced:<br>BRIEF/APPENDIX<br>United States Court of Appeals for the Third Circuit<br><br>BRIEF and VOLUME I OF APPENDIX 8 Copies of 320 Pages | | |
| 1 | 1-Sided Cover @ | 110.00 | 110.00 |
| 2,560 | 320 Pages Text includes Blue Tab Sheet x 8 Copies @ | 0.17 | 435.20 |
| 8 | Perfect Bound Books @ | 3.00 | 24.00 |
| | JOINT APPENDIX 8 Copies of 5,602 Pages | | |
| 5,602 | Pages Text (Includes Covers and Binding) @ | 1.99 | 11,147.98 |
| 3 | CD-ROMs w/Jewel Case @ | 5.00 | 15.00 |
| | SUB-TOTAL | | 11,732.18 |
| 1 | COURTESY DISCOUNT | -20.00% | -2,346.44 |
| 22 | Hours of Paralegal Time @ | 90.00 | 1,980.00 |
| 1 | Electronic Service and Filing @ | 65.00 | 65.00 |
| 1 | Party Served and Filed @ | 90.00 | 90.00 |
| | SUB-TOTAL | | 11,520.74 |
| 1 | Postage for "Filed" Stamped Book @ | 8.19 | 8.19 |
| 1 | Messenger to Deliver Copies @ | 15.00 | 15.00 |
| 1 | Federal Express Priority Multiple Overnight Shipment @ | 312.38 | 312.38 |

**Introducing E-Z Pay**
For your convenience credit cards payments can be processed through our link
https://payments.recordpress.com/

| | |
|---|---|
| SUBTOTAL | $11,856.31 |
| TAX (8.875%) | $1,052.25 |
| TOTAL | $12,908.56 |
| MONEY ON ACC'T | -$12,908.56 |
| BALANCE DUE | $0.00 |

**Thank you for your business.**



**RECORD PRESS**
Appellate Management Document Solutions

229 West 36th Street, 8th Floor, New York, NY 10018
Phone: (212) 619-4949 ■ Fax: (917) 677-8887
E-mail: accounting@recordpress.com
Tax I.D.: 13-5654060
E-Z Pay: payments.recordpress.com

# INVOICE 90422
Refer Invoice # with Payment


PAID 10/09/2014

SOLD TO: THEORDORE S. HERTZBERG, ESQ.
KRAMER, LEVIN, NAFTALIS & FRANKEL, LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, N.Y. 10036-2714

| INVOICE DATE |
|---|
| 8/29/2014 |
| CUSTOMER PHONE |
| 212 715-9322 |
| CUSTOMER FAX |
| 212 715-8000 |

| PURCHASE ORDER... | PRINT ORDER No. | Due Date | NET TERMS | ACCT... | PROGRAM No. | JOB NUMBER |
|---|---|---|---|---|---|---|
| | | 9/13/2014 | Net 15 | VM | | 63119 |

## LANGBORD v UNITED STATES

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | For printing and binding 10 copies of the above-referenced 35 pages: REPLY BRIEF<br>United States Court of Appeals for the Third Circuit | | |
| 1 | Brief (includes covers, printing, binding) @ | 227.50 | 227.50 |
| | PRO BONO DISCOUNT | -20.00% | -45.50 |
| 0.5 | Hour of Paralegal Review @ | 90.00 | 45.00 |
| 1 | Electronic Service and Filing @ | 65.00 | 65.00 |
| 1 | Hard Copy Filings with the Court @ | 50.00 | 50.00 |
| | SUB-TOTAL | | 342.00 |
| 1 | Postage for "Filed" Stamped Book @ | 3.26 | 3.26 |
| 2 | Messenger to Deliver Copies @ | 15.00 | 30.00 |
| 1 | Federal Express Priority Overnight Shipment @ | 28.45 | 28.45 |

**Introducing E-Z Pay**
For your convenience credit cards payments can be processed through our link
https://payments.recordpress.com/

| | |
|---|---|
| SUBTOTAL | $403.71 |
| TAX (8.875%) | $35.83 |
| TOTAL | $439.54 |
| PAYMENTS APPLIED | -$439.54 |
| BALANCE DUE | $0.00 |

**Thank you for your business.**

# CERTIFICATE OF SERVICE

I, Eric A. Tirschwell, hereby certify on this 1st day of May, 2015, that I caused a copy of the foregoing Bill of Costs, with invoices, to be served upon the following counsel of record, who are registered Filing Users under L.A.R. 113.1, to be served electronically by the Notice of Docket Activity generated through the Court's CM/ECF system:

Jacqueline Romero, Esq.
Assistant United States District Attorney
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Nancy Rue, Esq.
Assistant United States District Attorney
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Robert Zauzmer, Esq.
Chief of Appeals
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Dated: May 1, 2015                    By: /s/ Eric A. Tirschwell
                                          Eric A. Tirschwell

KL4 2440542.1