# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>12-4574</u>

Roy Langbord, et al v. United States Department of th, et al

(District Court/Agency No. 2-06-cv-05315)

## O R D E R

The Court has received Bill of Costs by Appellants.

The Court did not tax costs in this matter. <u>See</u> Fed. R. App. P. 39(a)(4). Accordingly, no action will be taken on the Bill of Costs submitted by Appellants.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:      May 4, 2015
SLC/cc:     Barry H. Berke, Esq.
            Jacqueline C. Romero, Esq.
            Nancy Rue, Esq.
            Eric A. Tirschwell, Esq.
            Robert A. Zauzmer, Esq.