# IN THE UNITED STATES COURT OF APPEALS

# FOR THE THIRD CIRCUIT

**ROY LANGBORD, et al.**                    :

    **v.**                    :  **No. 12-4574**

**UNITED STATES DEPARTMENT**        :
**OF THE TREASURY, et al.**

### APPELLEE'S MOTION FOR EXTENSION OF TIME
### TO FILE PETITION FOR REHEARING

The United States of America, by its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, Robert A. Zauzmer, Assistant United States Attorney and Chief of Appeals, and Jacqueline Romero and Nancy Rue, Assistant United States Attorneys for the District, moves pursuant to Federal Rules of Appellate Procedure 35(c) and 40(a)(1) for a 30-day extension of time in which to file a petition for rehearing before the panel or en banc. In support of this motion, the government states as follows:

1. On April 17, 2015, the Court issued a precedential decision in this case, directing the government to return to the appellants the Double Eagle coins at issue. The Court reversed the portion of the district court's July 29, 2009, order denying the appellants' cross-motion for partial summary judgment, and vacated all orders at issue on appeal that postdate the July 29, 2009, order, including a jury verdict.

2. This case involves issues of substantial importance and complexity, regarding the ownership of extraordinarily rare 1933 Double Eagle gold coins taken from the United States Mint in the 1930s; the application of the Civil Asset Forfeiture Reform Act (CAFRA) to the government's effort to recover property it states was stolen from it; and the availability of other remedies, including a declaratory judgment, for the United States to recover stolen government property. The matter impacts on issues relevant to the work of both the Civil Division and Criminal Division of the Department of Justice, as well as agencies of the Department of the Treasury. Ultimately, the decision whether to seek further review will be made by the Solicitor General of the United States.

3. Accordingly, since the issuance of the decision, the undersigned have actively consulted with these agencies on this matter, and the necessary review is continuing. The undersigned have determined that additional time is necessary to allow a complete and studied review by all of the appropriate government officials and a final determination by the Solicitor General.

4. Pursuant to Rule 40(a)(1), incorporated in Rule 35(c), any petition for rehearing is due on June 1, 2015. For the reasons stated above, the government respectfully requests a 30-day extension of time, until July 1, 2015, in which to file a petition for rehearing.

Respectfully yours,

ZANE DAVID MEMEGER
United States Attorney


*/s Robert A. Zauzmer*
ROBERT A. ZAUZMER
JACQUELINE ROMERO
NANCY RUE
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on the Filing Users identified below through the Electronic Case Filing (ECF) system:

Barry H. Berke, Esq.
Eric A. Tirschwell, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

/s Robert A. Zauzmer
ROBERT A. ZAUZMER
Assistant United States Attorney

DATED:  May 19, 2015.